UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Mark Corioso

    v.

P&B Capital, LLC

_____

JUDGMENT

Case No. 2:10-cv-2915 WBS EFB

**IT IS ORDERED AND ADJUDGED** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, judgment is hereby ENTERED against Defendant P&B Capital, LLC.

December 9, 2010

VICTORIA C. MINOR, CLERK

By: _____/S/_____
K. Owen , Deputy Clerk