Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
MARK CORIOSO

**UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA,**
**SACRAMENTO DIVISION**

| | |
|---|---|
| MARK CORIOSO,  ) | Case No.: 2:10-cv-02915-WBS-EFB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **SATISFACTION OF JUDGEMENT** |
| ) | |
| P&B CAPITAL, LLC, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, a judgment was entered in the above action on the ninth day of December 2010, in favor of Mark Corioso and against P&B Capital Group, LLC in the amount of $501.00, plus costs and reasonable attorney fees.  Said Judgment has been fully paid and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction of said Judgment on the docket herein."

Date:  January 20, 2011                    Respectfully submitted,

              By:  /s/ Nicholas J. Bontrager

              Nicholas J. Bontrager

              KROHN & MOSS, LTD.

              Attorney for Plaintiff

              10474 Santa Monica Blvd., Ste. 401

              Los Angeles, CA 90025

## **CERTIFICATE OF SERVICE**

  I, Nicholas J. Bontrager, certify that a true and correct copy of the foregoing was served upon the attorney(s) of record electronically via the Case Management/Electronic Case Filing System (CM/ECF) on January 20, 2011.

              By:  /s/ Nicholas J. Bontrager

              Nicholas J. Bontrager